**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ENTERTAINMENT ONE UK LTD.,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:18-cv-4926

Judge John J. Tharp, Jr.

Magistrate Judge Jeffrey T. Gilbert

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on September 19, 2018 [51], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Defendant |
|-----|-----------|
| 501 | kenniya96 |
| 700 | 永峰小经商 |
| 600 | shandong store |
| 565 | niuqiaobing22 |
| 387 | china anan trading Ltd |
| 584 | qiaoqiao |
| 674 | wreuqj84324 |
| 380 | changraner |
| 601 | ShangHai H&Q Technology Co.,Ltd |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: October 24th, 2018

Respectfully submitted,

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
Email: yanling@jiangip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 24 th day of October, 2018.

Given under by hand and notarial seal.

```
OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022
```

Notary Public

State of _Illinois_
County of _Cook_

2