# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:18-cv-4926 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Jeffrey T. Gilbert |

## MOTION FOR TURNOVER ORDER

**NOW COMES** the Plaintiff, ENTERTAINMENT ONE UK LTD., by and through its counsel, and moves this court for an Order directing ContextLogic, Inc. to turn over the sum of $369,228.34 which they are holding pursuant to a Citation to Discover Assets.

In Support of its motion, Plaintiff states:

1. On April 30, 2019, ContextLogic, Inc.'s response to Plaintiff's Citation to Discovery Assets stated it was holding $369,228.34 as of 4/26/2019.

2. ContextLogic, Inc. advised on May 7, 2019 that it would turn over said sum of $369,228.34 upon receipt of an appropriate turnover order.

WHEREFORE, Plaintiffs pray this Court to issue an Order directing ContextLogic, Inc. to turn over the amount of $369,228.34 it is holding.

DATED: May 7, 2019                                Respectfully submitted,


/s/ Keith A. Vogt
Keith A. Vogt, Esq. (Bar No. 6207971)
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com


***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 7, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           /s/ *Keith A. Vogt*
                                           Keith A. Vogt